UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| Darrin Carter, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Todd Silverstein, et al.,<br><br>　　　　　Defendants. | ED15CV01803VAP (DTBx)<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO FILE MEDIATION REPORT** |

　　　　On April 26, 2016, the parties elected Victor Bianchini to serve as the Panel Mediator in this case. (Notice of Assignment of Panel Mediator ("Notice") (Doc. 37) at 1.) The Notice states the mediation should be "completed no later than . . . forty-five days prior to the final pretrial conference, consistent with . . . [Local Rule] 16-15.2." (Id.) Per the Court's Scheduling Order, the pretrial conference will be held on July 11, 2016. (Order (Doc. 27) at 1.) Accordingly, the parties should have completed their mediation by May 27, 2016. (See Notice at 1.) As the Court received no joint mediation report, the Court ORDERS the parties to show cause, no later than June 13, 2016, why sanctions should not be imposed for failure to file a joint mediation report timely. This order may also be discharged by filing a notice of settlement.

**IT IS SO ORDERED.**

Dated:　　6/7/16

　　　　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1